**Charles G. JACOB, Respondent,**

v.

**DAVIES, INC., and CNA/National Fire
Insurance Company of Hartford, f/k/a
Transcontinental Insurance Company,
Relators.**

No. A08–2047.

Supreme Court of Minnesota.

Feb. 25, 2009.

Lorrie L. Bescheinen, Borkon, Ram-
stead, Mariani, Fishman & Carp, Ltd.,
Minneapolis, MN, for respondent.

Jeffrey A. Magnus, Law Offices of Jef-
frey A. Magnus, Edina, MN, for relators.

## ORDER

Based upon all the files, records and
proceedings herein,

IT IS HEREBY ORDERED that the
decision of the Workers' Compensation
Court of Appeals filed October 31, 2008,
be, and the same is, affirmed without opin-
ion. *See Hoff v. Kempton,* 317 N.W.2d
361, 366 (Minn.1982) (explaining that
"[s]ummary affirmances have no prece-
dential value because they do not commit
the court to any particular point of view,"

doing no more than establishing the law of the case).

Employee is not allowed attorney fees.

BY THE COURT:

/s/Paul H. Anderson
Associate Justice